# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# (Anniston)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KYLE BRAFORD MITCHELL; | ) | CASE NO. 25-40081-JJR13 |
| CORIE SHELBY MITCHELL, | ) | |
| | ) | |
| Debtors. | ) | |

## MOTION TO EXPEDITE HEARING ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Pursuant to Fed. R. Bankr. P. 9006(c)(1), creditor Dr. Miniyar's Pediatrics, P.C. (the "Practice") hereby asks this Court to enter an order shortening the notice time and setting an expedited hearing as to the Practice's *Motion for Relief from the Automatic Stay* (the "Motion for Relief" – Doc. 74). In its Motion for Relief, the Practice seeks relief from the automatic stay to exercise its contractual right to terminate the employment of Debtor Corie S. Mitchell, for cause. (*Id*.). This matter is time sensitive and requires prompt consideration by the Court because, as detailed in the Motion for Relief, Debtor's conduct in connection with her employment has negatively impacted the Practice, and Debtor's continued employment puts the Practice at greater risk for additional harm. Therefore, cause exists under Rule 9006(c)(1) to set the Motion for Relief to be heard on an expedited basis.

Respectfully submitted,

/s/ *Thomas B. Humphries*
Richard E. Smith
Thomas B. Humphries

**Counsel for Dr. Miniyar's Pediatrics, P.C.**

OF COUNSEL:
**CHRISTIAN & SMALL, LLP**
1800 Financial Center
505 North 20th Street
Birmingham, Alabama 35203
Tel: 205-795-6588
Fax: 205-328-7234
res@csattorneys.com
tbh@csattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, I filed the forgoing document with the Clerk of Court via the CM/ECF electronic filing system which will provide electronic notice to the following individuals:

| | |
|---|---|
| Ralph K Strawn, Jr | Linda Baker Gore |
| Strawn & Robertson, LLC | Chapter 13 Trustee |
| 2401 Rainbow Drive | P.O. Box 1338 |
| Gadsden, AL 35901 | Gadsden, AL 35902 |
| 256-459-4548 | 256 546-9262 |
| Fax : 256-459-4435 | |
| rstrawn@srlawfirm.comcastbiz.net | |

/s/ *Thomas B. Humphries*
OF COUNSEL