| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-1<br>Case 25-40081-JJR13<br>NORTHERN DISTRICT OF ALABAMA<br>Anniston<br>Tue Aug 19 18:43:09 CDT 2025 | BMO Bank N.A., c/o AIS Portfolio Services, L<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Family Savings Credit Union<br>c/o Dana L. Rice<br>P. O. Box 129<br>Gadsden, AL 35902-0129 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | U. S. Bankruptcy Court<br>1100 Gurnee Avenue, Room 288<br>Anniston, AL 36201-4565 |
| American Express<br>PO Box 6031<br>Carol Stream, IL 60197-6031 | Aqua Finance<br>PO Box 1143<br>Wausau, WI 54402-1143 | Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Avadian Credit Union<br>2200 Lakeshore Drive<br>Birmingham, AL 35209-8803 | Avadian Credit Union<br>PO Box 360287<br>Birmingham, AL 35236-0287 | BMO<br>PO Box 6101<br>Carol Stream, IL 60197-6101 |
| Capital One, N.A., successor by merger to Di<br>PO Box 3025<br>New Albany, OH 43054-3025 | Capital One/Bass Pro Shop<br>PO Box 60519<br>City Of Industry, CA 91716-0519 | Chase<br>PO Box 15123<br>Wilmington, DE 19850-5123 |
| Chase Amazon<br>PO Box 15123<br>Wilmington, DE 19850-5123 | Discover Bank<br>PO Box 71242<br>Charlotte, NC 28272-1242 | Dr. Minivar's Pediatrics<br>c/o Cox Byington Twyman LLP<br>711 Broad Street<br>Rome GA 30161-3015 |
| Family Savings Credit Union<br>711 East Meighan Blvd<br>Gadsden, AL 35903-1996 | Farmers Bank & Trust<br>400 West Main Street<br>Blytheville, AR 72315-3332 | Henderson and Walton<br>806 St. Vincent's Dr Ste 500<br>Birmingham, AL 35205-1617 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 | (p)LABCORP<br>531 SOUTH SPRING ST<br>BURLINGTON NC 27215-5866 |
| Mohela<br>PO Box 790453<br>Saint Louis, MO 63179-0453 | Quantum3 Group LLC as agent for<br>Aqua Finance Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 | St. Vincent's<br>PO Box 935345<br>Atlanta, GA 31193-5345 |
| (p)SUCCESS CREDIT UNION<br>ATTN BANKRUPTCY<br>PO BOX 467<br>BLYTHEVILLE AR 72316-0467 | Synchrony Power Sports<br>3000 Kellway Drive Suite 120<br>Carrollton, TX 75006-3356 | Tractor Supply/Synchrony Bank<br>PO Box 669805<br>Dallas, TX 75266-0757 |

| | | |
|---|---|---|
| UAB Physician Services<br>PO Box 71294<br>Charlotte, NC 28272-1294 | Corie Shelby Mitchell<br>1042 Coiunty Road 137<br>Cedar Bluff, AL 35959-3657 | Kyle Bradford Mitchell<br>1042 Coiunty Road 137<br>Cedar Bluff, AL 35959-3657 |
| (p)CHAPTER 13 TRUSTEE<br>ATTN LINDA BAKER GORE<br>P O BOX 1338<br>GADSDEN AL 35902-1338 | Max C Pope Jr.<br>2067 Columbiana Road Suite 101<br>Birmingham, AL 35216-2139 | Ralph K Strawn Jr<br>Strawn & Robertson, LLC<br>2401 Rainbow Drive<br>Gadsden, AL 35901-5619 |
| Robert J Landry<br>Bankruptcy Administrator's Office<br>United States Courthouse<br>1100 Gurnee Avenue<br>Anniston, AL 36201-4565 | Rocco J Leo<br>Rocco Leo, Trustee<br>700 Century Park South<br>Suite 222<br>Birmingham, AL 35226-3928 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| LabCorp<br>531 S Spring St<br>Burlington, NC 27215 | Success Credit Union<br>211 North Broadway Street<br>Blytheville, AR 72315 | Linda Baker Gore<br>NON-PAYMENTS: P.O. Box 1338<br>Gadsden, AL 35902 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Avadian Credit Union | (u)Dr. Miniyar's Pediatrics, P.C. | (d)Family Savings Credit Union<br>c/o Dana L. Rice<br>P. O. Box 129<br>Gadsden, AL 35902-0129 |
| (d)Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     4<br>Total                  41 | |